IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN LEE WILSON**, *Administratrix of Estate of Kyisha Erin-Minae Harvin*,<br><br>　　Plaintiff,<br><br>　　v.<br><br>**SIDRA HAQUE, M.D.**, *et al.*,<br><br>　　Defendants. | CIVIL ACTION<br><br>NO. 24-2653-KSM |

## ORDER

**AND NOW**, this 11th day of December, 2024, upon consideration of Plaintiff's motion to remand (Doc. No. 13), Defendants' opposition brief (Doc. No. 14), and the arguments of counsel during oral argument on December 2, 2024, it is **ORDERED** that the motion is **GRANTED**. This Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.